IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PRAGMATICPLAY INTERNATIONAL, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>51PPGAME.COM, *et al.*, )<br>)<br>Defendants. ) | Civil Action No. 1:22-cv-1016 (RDA/IDD) |

## **ORDER**

This matter comes before the Court upon the Report and Recommendation ("Recommendation") issued by Magistrate Judge Ivan D. Davis on September 11, 2023. Dkt. 22. In its Amended Complaint for *in rem* relief against Defendant Domain Names, Plaintiff brought a claim for violation of the Federal Anti-Cybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d). Dkt. 3 ¶ 1. Magistrate Judge Davis recommends that default judgment be entered against Defendants on Count I of the Amended Complaint for violation of the ACPA. Dkt. 22 at 1. He further recommends that this Court enter an order directing VeriSign to change the registrars of record for Defendant Domain Names to Plaintiff's domain name registrar of choice, SafeNames Ltd., and directing SafeNames Ltd. to take all necessary steps to have Plaintiff listed as the registrant for Defendant Domain Names. *Id.* at 12. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting objections to Magistrate Judge Davis' Recommendation was September 25, 2023. To date, no objections have been filed.

After reviewing the record and Magistrate Judge Davis' Recommendation, and finding no clear error,[1] the Court hereby APPROVES and ADOPTS the Recommendation (Dkt. 22). Accordingly, it is hereby ORDERED that Plaintiff's Motion for Default Judgment (Dkt. 18) is GRANTED as to Count I of the Complaint for violation of the ACPA; and it is

FURTHER ORDERED that VeriSign, Inc. shall change the registrars of record for the Defendant Domain Names to Plaintiff's domain name registrar of choice, SafeNames Ltd., and that SafeNames Ltd. shall take all necessary steps to have Plaintiff listed as the registrant for the Defendant Domain Names.

The Clerk is directed to enter judgment for Plaintiff in this matter pursuant to Federal Rule of Civil Procedure 55, forward copies of this Order to counsel of record, and close this civil action.

It is SO ORDERED.

Alexandria, Virginia
September 27, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a Magistrate Judge's Recommendation, the Court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation'").